IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01462-WDM

NIVEA SOTO LIGHTBOURN,

     Plaintiff,

v.

ALBERTO GONZALES, et al.,

     Defendants.

---

## NOTICE OF DISMISSAL

---

Miller, J.

     The court takes notice of the Stipulated Motion for Dismissal, filed in accordance

with Fed. R. Civ. P. 41(a)(1)(ii).  Accordingly, this case is dismissed without prejudice,

each party to pay her or its own costs and attorneys' fees.

     DATED at Denver, Colorado, on September 6, 2006.

                         BY THE COURT:


                         s/ Walker D. Miller
                         United States District Judge

PDF FINAL